UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **David S. Montgomery**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:10CV01247 CAS |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 13, 2010 and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:10cv0039 TIA. The Honorable Terry I. Adelman will preside.

Case No. 4:10cv01247 CAS is hereby administratively closed. Judge Shaw's name will be replaced for future assignment.

Dated this 15th day of July, 2010.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **2:10cv0039 TIA** in all future matters concerning this case.